```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JEREMY ZAHN,<br><br>      Defendant. | ) 2:14-MJ-00110-AC<br>)<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING PRELIMINARY HEARING<br>) DATE<br>)<br>)<br>) Judge: Hon. Allison Claire<br>)<br>)<br>) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on June 30, 2014.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until July 24, 2014, at 2:00 p.m.
3. The defendant is presently in custody.

///

///

Stipulation to Continue               1               United States v. Zahn

4. The parties need further time to discuss potential pre-indictment resolution of this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

5. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from June 30, 2014, through and including July 24, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**


DATED: June 27, 2014        /s/ Justin L. Lee
                            JUSTIN L. LEE
                            Assistant U.S. Attorney

DATED: June 27, 2014        /s/ Benjamin D. Galloway
                            BENJAMIN D. GALLOWAY
                            Attorney for Jeremey Zahn
                            (as authorized on June 27, 2014)

**ORDER**

IT IS SO FOUND AND ORDERED, this 27th day of June, 2014.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE