HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ZAHN, JEREMY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEREMY ZAHN,<br><br>　　　　　Defendant. | NO. 2:14-CR-0194-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>DATE:　　November 7, 2014<br>TIME:　　9:00 a.m.<br>JUDGE:　Hon. Garland E. Burrell, Jr. |

　　　It is hereby stipulated and agreed to between the United States of America through Justin Lee, Assistant U.S. Attorney and defendant Jeremy Zahn by and through his counsel, Benjamin D. Galloway that the status conference set for Friday, September 26, 2014 be continued to Friday, November 7, 2014 at 9:00 a.m.

　　　The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).

　　　Specifically, defense counsel needs additional time to review discovery with the defendant, continue investigating the facts of the case, and discuss a proposed disposition.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

DATED: September 22, 2014                     Respectfully submitted,

                                                                     HEATHER E. WILLIAMS
                                                                     Federal Defender

                                                                     */s/ Benjamin Galloway*
                                                                     BENJAMIN GALLOWAY
                                                                     Assistant Federal Defender
                                                                     Attorney for Defendant
                                                                     JEREMY ZAHN

DATED: September22, 2014                      BENJAMIN B. WAGNER
                                                                     United States Attorney

                                                                     */s/ Justin Lee*
                                                                     JUSTIN LEE
                                                                     Assistant U.S. Attorney
                                                                     Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including November 7, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the September 26, 2014 status conference shall be continued until November 7, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge