UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00194-GEB |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| JEREMY ZAHN, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:14-cr-00308-TLN |
| v. | |
| KENDALL THRIFT, | |
| Defendant. | |

On November 6, 2014, the United States of America filed a "Notice of Related Cases" in which it states:

> [T]he recently-filed Indictment in United States v. Thrift, Case No. 2:14-CR-00308-TLN ("Thrift Indictment"), is related to the earlier Information in United States v. Zahn, Case No. 2:14-CR-00194-GEB ("Zahn Information"). As a result, the subsequent case assigned to the Honorable Troy L. Nunley in United States v. Thrift, Case No. 2:14-CR-00308-TLN, should be reassigned to the Honorable Garland E. Burrell, Jr. based upon the authority set forth below. Indeed, assignment of both cases to a single judge is

1

1    likely to effectuate a savings of judicial
     effort.
2
             The Thrift Indictment and the Zahn
3    Information are related within the meaning of
     Eastern District of California Local Rule
4    123(a)(1). Specifically, both cases are
     derived from the same set of operative facts
5    – a traffic stop on April 9, 2014, and a
     subsequent execution of a search warrant at a
6    residence in El Dorado Hills, California. The
     Thrift Indictment charges one defendant with
7    three counts, Conspiracy to Distribute and
     Possess with Intent to Distribute Marijuana
8    (21 U.S.C. §§ 846 and 841(a)(1)), Possession
     with Intent to Distribute Marijuana (21
9    U.S.C. § 841(a)(1), and Possession of a
     Firearm by a Prohibited Person (18 U.S.C. §
10   922(g)(9)). The Zahn Information charges one
     defendant with two counts, Conspiracy to
11   Distribute Marijuana (21 U.S.C. §§ 846 and
     841(a)(1)) and Possession with Intent to
12   Distribute Marijuana (21 U.S.C. § 841(a)(1).
     As discussed in the May 14, 2014 Criminal
13   Complaint for Zahn (2:14-MJ-0110-AC) and the
     October 3, 2014 Criminal Complaint for Thrift
14   (2:14-MJ-0231-AC) both defendants are alleged
     to be involved in the same marijuana
15   trafficking conspiracy.

16           The United States therefore respectfully
     requests that this Honorable Court (1) relate
17   the recently-filed Indictment in United
     States v. Thrift, Case No. 2:14-CR-00308-TLN,
18   to the earlier Information in United States
     v. Zahn, Case No. 2:14-CR-00194-GEB; and (2)
19   order the Clerk's Office to reassign United
     States v. Thrift, Case No. 2:14-CR-00308-TLN,
20   to the Honorable Garland E. Burrell, Jr.,
     pursuant to Local Rule 123(c).
21

22   (Notice of Related Cases, ECF No. 18.)

23           Examination of the above-entitled actions reveals that

24   they are related within the meaning of Local Rule 123. Under the

25   regular practice of this court, related cases are generally

26   assigned to the judge to whom the first filed action was

27   assigned. Therefore, action no. 2:14-cr-00308 is reassigned to

28   the undersigned judge for all further proceedings, and the

                                    2

1   caption on the reassigned cases shall show the initials "GEB."

2   Further, any date currently set in the reassigned case is

3   VACATED. The Clerk shall make an appropriate adjustment in the

4   assignment of criminal cases to compensate for this reassignment.

5          IT IS FURTHER ORDERED that a Status Conference is

6   scheduled to commence at 9:00 a.m. on December 19, 2014, in

7   action no. 2:14-cr-00308.

8   Dated:  November 7, 2014

9

10  _____

11  GARLAND E. BURRELL, JR.
    Senior United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3