BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JEREMY ZAHN,<br><br>           Defendant. | CASE NO. 2:14-CR-00194-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: May 1, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
|---|---|

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status on May 1, 2015.

2.   By this stipulation, defendant now moves to continue the status conference until May 22, 2015, and to exclude time between May 1, 2015, and May 22, 2015, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, review the discovery, discuss potential resolution, and otherwise prepare

for trial.

      b)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)    The government does not object to the continuance.

      d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 1, 2015 to May 22, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 21, 2015                                             BENJAMIN B. WAGNER
                                                                            United States Attorney

                                                                            /s/ JUSTIN L. LEE
                                                                            JUSTIN L. LEE
                                                                            Assistant United States Attorney

Dated: April 21, 2015                                             /s/ BENJAMIN D. GALLOWAY
                                                                            BENJAMIN D. GALLOWAY
                                                                            (as authorized on April 20, 2015)
                                                                            Counsel for Defendant
                                                                            JEREMY ZAHN

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge