
FILED
JUL 14 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 14CR00194 |
|---|---|
| Plaintiff, | |
| v. | **RELEASE ORDER** |
| JEREMY ZAHN, | |
| Defendant. | |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release Jeremy Zahn from custody on July 14, 2017, as soon as practicable.

IT IS SO ORDERED.

Dated: July 14, 2017, 2014

GARLAND E. BURRELL, JR.
United States Senior District Judge

2 copies sent to USM

1