UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-CR-00194-KJM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JEREMY ZAHN, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JEREMY ZAHN;

Case No. 2:14-CR-00194-KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

_X_ (Other): Time Served; Defendant shall be released at 9:00 AM on Monday, 2/8/2021 to coincide with bed space availability at Wellspace Residential Treatment Program; The Defendant shall be released to Michelle Ramirez for direct transportation to Wellspace Residential Treatment Program, 1550 Juliesse Avenue, Sacramento, CA 95815.

Issued at Sacramento, California on February 4, 2021, at 10:19 a.m.

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE